UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| William Heath,<br><br>                    Plaintiff,<br><br>v.<br><br>Coast Professional Inc.; and DOES 1-10, inclusive,<br><br>                    Defendant. | Civil Action No.: CV10-5575 |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

William Heath ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 29, 2011

                                                            Respectfully submitted,


                                                            By: /s/ Sergei Lemberg
                                                            _____

                                                            Sergei Lemberg (SL 6331)
                                                            Lemberg & Associates L.L.C.
                                                            1100 Summer Street, 3rd Floor
                                                            Stamford, CT 06905
                                                            Telephone: (203) 653-2250
                                                            Facsimile: (877) 795-3666
                                                            Attorneys for Plaintiffs


s/CBA

**SO ORDERED:**
**March 30, 2011**               _____
                                              USDJ